

FILED

OCT 1 8 2022

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2022
OCTOBER 18, 2022 SESSION**

**UNITED STATES OF AMERICA**

**v.**     CRIMINAL NO. 2:22- CR- 00093

    21 U.S.C. § 841(a)(1)
    18 U.S.C. § 924(c)(1)(A)
    18 U.S.C. § 922(g)(1)
    18 U.S.C. § 924(a)(2)

**SAMUEL PIERRE JOSEPH**

## S U P E R S E D I N G
## I N D I C T M E N T

The Grand Jury Charges:

### COUNT ONE

On or about December 27, 2021, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant SAMUEL PIERRE JOSEPH knowingly and intentionally possessed with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about December 27, 2021, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant SAMUEL PIERRE JOSEPH did knowingly possess the following firearms in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1):

    a.    Smith and Wesson, Model Bodyguard, .380 caliber semi-automatic pistol; and

    b.    Ruger, model LC9s, 9mm semi-automatic pistol.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

1.    On or about December 27, 2021, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant SAMUEL PIERRE JOSEPH did knowingly possess the following firearms in and affecting interstate commerce:

  a.    Smith and Wesson, Model Bodyguard, .380 caliber semi-automatic pistol; and

  b.    Ruger, model LC9s, 9mm semi-automatic pistol.

2.    At the time defendant SAMUEL PIERRE JOSEPH possessed the aforesaid firearms, he knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year, as defined in 18 U.S.C. § 921(a)(20), that is, convicted on or about April 14, 2015, in the Second Judicial District Court for the Parish of Bienville, Louisiana, case number 47,212, of Possession of Schedule I CDS-Marijuana (Fourth Offense) in violation of Louisiana Revised Statutes 40:966C.

    In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT FOUR

On or about March 17, 2022, at or near Parkersburg, Wood County, West Virginia, and within the Southern District of West Virginia, defendant SAMUEL PIERRE JOSEPH knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and a quantity of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," both Schedule II controlled substances.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

On or about March 17, 2022, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant SAMUEL PIERRE JOSEPH knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, and 40 grams or more of a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

> WILLIAM S. THOMPSON
> United States Attorney
>
> By:  _____
> JEREMY B. WOLFE
> Assistant United States Attorney